# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| TINA MULLINAX, el al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:18-cv-00002 |
| ) | |
| SEVIER COUNTY, et al. ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO CONTINUE

Come now Plaintiffs Tina Mullinax, Brian Mullinax, and Robin Sutton, by and through counsel, and hereby submit their response in opposition to Defendants' Motion to Continue. [Doc. 92]. As grounds, Plaintiffs would show unto the Court as follows.

1. The stay at home order issued by the governor of Tennessee expires on April 30, 2020. [*See* Doc. 92-1].

2. Standing Order SO-20-6 for the Eastern District of Tennessee only suspends certain in court appearances through April 26, 2020.

3. This matter is scheduled for trial on May 5, 2020.

4. If the COVID 19 crisis requires that court proceedings be further delayed, surely the Eastern District of Tennessee will issue another standing order to that effect. Unless and until such an order is issued, Plaintiffs maintain that the COVID 19 situation does not constitute extraordinary circumstances necessitating the delay of this trial.

5. Should this Honorable Court grant Defendants' Motion to Continue, Plaintiffs would request that it be a brief continuance and that this matter be rescheduled for trial as soon as practicable.

Respectfully submitted this 17th day of April, 2020.

/s/ Cameron Bell, BPR # 027772
800 S. Gay Street, Suite 1950
Knoxville, TN 37929
(865) 521-7422
cameron@bellyoung.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on 17th day of April, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

By: /s/ Cameron Bell