UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

TINA MULLINAX, et al., )
)
    Plaintiffs, )
)
v. ) Case No. 3:18-cv-00002
)
SEVIER COUNTY, et al. )
)
    Defendants. )

## INITIAL DISCLOSURES

Plaintiffs, Tina Mullinax, Brian Mullinax, and Robin Sutton, make the following initial disclosures:

### Rule 26(a)(1)

**(I). THE NAME, ADDRESS AND TELEPHONE NUMBER OF EACH INDIVIDUAL LIKELY TO HAVE DISCOVERABLE INFORMATION**

1. Tina Mullinax
   c/o A. Philip Lomonaco, Stan Young, and Cameron Bell
   800 S. Gay Street, Suite 1950
   Knoxville, TN 37929
   Subject: Person has information regarding Defendants used of excessive force and other constitutional violations, or the person witnessed the use of excessive force or other violations.

2. Brian Mullinax
   c/o A. Philip Lomonaco, Stan Young, and Cameron Bell
   800 S. Gay Street, Suite 1950
   Knoxville, TN 37929



1

Subject: Person has information regarding Defendants used of excessive force and other constitutional violations, or the person witnessed the use of excessive force or other violations.

3. Robin Sutton
   c/o A. Philip Lomonaco, Stan Young, and Cameron Bell
   800 S. Gay Street, Suite 1950
   Knoxville, TN 37929
   Subject: Person has information regarding Defendants used of excessive force and other constitutional violations, or the person witnessed the use of excessive force or other violations.

4. Michael O'Connor, EMT IV
   718 Middle Creek Rd
   Sevierville, TN 37862
   Phone: (865) 453-3248
   Subject: Person has information regarding Defendants used of excessive force and other constitutional violations, or the person witnessed the use of excessive force or other violations.

5. Todd Spence
   P.O. Box 4218
   Sevierville, TN 37864
   Phone: (865) 453-3248
   Subject: Person has information regarding Defendants used of excessive force and other constitutional violations, or the person witnessed the use of excessive force or other violations.

6. Justin Johnson- SCSO
   106 W Bruce St

Sevierville, TN 37862

Phone: (865) 453-4668

Subject: Person has information regarding Defendants used of excessive force and other constitutional violations, or the person witnessed the use of excessive force or other violations.

7. Bart Tyner- SCSO Corporal
   106 W Bruce St
   Sevierville, TN 37862
   Phone: (865) 453-4668
   Subject: Person has information regarding Defendants used of excessive force and other constitutional violations, or the person witnessed the use of excessive force or other violations.

8. Jessica Savarese- SCSO Deputy
   106 W Bruce St
   Sevierville, TN 37862
   Phone: (865) 453-4668
   Subject: Person has information regarding Defendants used of excessive force or the person witnessed the use of excessive force.

9. Michael Phipps- SCSO Deputy
   106 W Bruce St
   Sevierville, TN 37862
   Phone: (865) 453-4668
   Subject: Person has information regarding Defendants used of excessive force or the person witnessed the use of excessive force.

10. Deputy Watts- SCSO
    106 W Bruce St
    Sevierville, TN 37862

Phone: (865) 453-4668

Subject: Person has information regarding Defendants used of excessive force or the person witnessed the use of excessive force.

11. Johnny Bohanon- SCSO Investigator
106 W Bruce St
Sevierville, TN 37862
Phone: (865) 453-4668
Subject: Person has information regarding Defendants used of excessive force or the person witnessed the use of excessive force.

12. Wane Patterson- SCSO Sergeant
106 W Bruce St
Sevierville, TN 37862
Phone: (865) 453-4668
Subject: Person has information regarding Defendants used of excessive force or the person witnessed the use of excessive force.

(II) A COPY OR DISCRIPTION BY CATEGORY AND LOCATION OF ALL DOCUMENTS ELECTRONICALLY STORED INFORMATION AND INTANGIBLE THINGS THAT THE DISCLOSING PARTY HAS ITS POSSESSION THAT MAY BE USED TO SUPPORT ITS CLAIMS OR DEFENSES

1. Medical Records

    a. At this point, there is no medical records in Plaintiffs possession, custody, or control but medical records may become available.

(III) COMPUTATION OF DAMAGES

4

At this time Plaintiffs are in the process of collecting and updating all medical records. Pain and suffering damages are in the process of being determined.

### (IV) INSURANCE AGREEMENT

There is no known insurance agreement.

### Rule 26(a)(2)

(A) DISCLOSURE OF EXPERT WITNESS. Plaintiffs have not yet identified any person who may testify as an expert at trial.

Respectfully submitted this 9th day of May 2018.

/s/ A. Philip Lomonaco, BPR # 011579
800 S. Gay Street, Suite 1950
Knoxville, TN 37929
phillomonaco@gmail.com
(865) 521-7422
*Attorney for Plaintiffs*

/s/ Cameron Bell, BPR # 027772
800 S. Gay Street, Suite 1950
Knoxville, TN 37929
(865) 521-7422
cameron@bellyoung.com
*Attorney for Plaintiffs*

/s/ Stan Young, BPR # 027953
800 S. Gay Street, Suite 1950
Knoxville, TN 37929
(865) 521-7422
jsy.knox.law@gmail.com
*Attorney for Plaintiffs*

### CERTIFICATE OF SERVICE

5

I hereby certify that on May 9, 2018, a copy of the foregoing Initial Dislcosures were served by electronic mail and U.S. Mail, postage prepaid, upon Rhonda Bradshaw and Federico Flores at 800 S. Gay Street, Suite 1400, Knoxville, TN 37929.

By:/s/ A. Philip Lomonaco

By: /s/ Stan Young

By: /s/ Cameron Bell