UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TINA MULLINAX, BRIAN MULLINAX, and ROBIN SUTTON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:18-CV-02 ) |
| SEVIER COUNTY, *et al.* | ) ) |
| Defendants. | ) ) |

ORDER

The Plaintiffs are hereby ORDERED to file a response to Defendants' motion, [Doc. 100], on or before **Monday, July 27, 2020**.

So ordered.

ENTER:

                                                                  s/J. RONNIE GREER
                                            UNITED STATES DISTRICT JUDGE