# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 04, 2020

Rhonda Bradshaw
Spicer Rudstrom
800 S. Gay Street
Suite 1400
Knoxville, TN 37929

Federico Alberto Flores
Spicer Rudstrom
800 S. Gay Street
Suite 1400
Knoxville, TN 37929

Mr. Anthony Philip Lomonaco
Law Offices
800 S. Gay Street
Suite 1950
Knoxville, TN 37929

Re: Case No. 20-6081, *Tina Mullinax, et al v. Sevier County, TN, et al*
Originating Case No. : 3:18-cv-00002

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Mr. John L. Medearis

Enclosure

No mandate to issue

Case No. 20-6081

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

TINA MULLINAX; BRIAN MULLINAX; ROBIN SUTTON

    Plaintiffs - Appellees

v.

SEVIER COUNTY, TN, et al

    Defendants

and

JUSTIN JOHNSON, SCSO; BART TYNER, SCSO Corporal; JESSICA SAVARESE, SCSO Deputy; WAYNE PATTERSON, SCSO Sergeant

    Defendants - Appellants

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: November 04, 2020