IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

TINA MULLINAX,
BRIAN MULLINAX
AND ROBIN SUTTON

    Plaintiffs,

v.                             NO. 3:18-CV-00002

SEVIER COUNTY ET AL.

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through undersigned counsel, hereby stipulate to the dismissal of this action with prejudice as to all defendants, in particular the remaining defendants, Blake Gregg & Michael O'Connor. In support of this Stipulation, the parties would state that they have resolved all matters between them and agree that this case should be dismissed with prejudice.

Respectfully submitted this 23rd day of November, 2020.


/s/ _Cameron Bell_____
Cameron D. Bell, BPR# 027772
John S. Young, III BPR# 027953
A. Phillip Lomonaco BPR# 011579
Attorneys for Plaintiffs
800 S. Gay Street, Suite 1950
Knoxville, TN 37929


/s/ Rhonda L. Bradshaw_____
Rhonda L. Bradshaw, BPR# 014082
Attorney for Defendants
800 S. Gay Street, Suite 1400
Knoxville, TN 37929